UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                            20 CR 601-03 (PKC)

          -against-                                                               <u>ORDER</u>

FERNANDO ROSARIO CRUZ,

                    Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

          Sentencing for Fernando Rosario Cruz is adjourned from October 11, 2022 to October 25, 2022 at 11:00 a.m. in Courtroom 11D.

          SO ORDERED.

                                                          P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
        September 30, 2022